**Marvin BRICKEY, Appellant,**

**v.**

**Louise WEINSTEIN, Appellee.**

**No. 2759.**

Municipal Court of Appeals for the
District of Columbia.

Argued June 12, 1961.

Decided Aug. 17, 1961.

———◆———

Andrew L. Geisler, Washington, D. C.,
for appellant.

Ted D. Kuemmerling, Asst. Corp. Counsel, Washington, D. C., with whom Chester H. Gray, Corp. Counsel, Milton D. Korman, Principal Asst. Corp. Counsel, and Hubert B. Pair, Asst. Corp. Counsel, Washington, D. C., were on the brief, for appellee.

Before HOOD and QUINN, Associate Judges, and CAYTON (Chief Judge, Retired) sitting by designation under Code § 11–776(b).

PER CURIAM.

This appeal is by a father from an order requiring him to make monthly payments for the support of his minor child who is living in Florida in the custody of her mother, appellant's former wife. The order was entered pursuant to the provisions of our Reciprocal Enforcement of Support Act. Code 1951, § 11–1601 et seq., Supp. VIII.

Review of the record convinces us that the order was proper and the amount awarded was within the discretionary limits of the trial court.

Affirmed.